IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANTHONY MILLER, #1362672**, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:07-CV-0708-L** |
| | § | |
| **NATHANIEL QUARTERMAN, Director**, | § | |
| **Texas Department of Criminal Justice**, | § | |
| **Correctional Institutions Division**, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court are the Findings, Conclusions and Recommendations of the United States

Magistrate Judge, entered August 20, 2007. No objections to the magistrate judge's findings and

conclusions were filed.

Miller filed a Rhines-v.-Weber Motion to Stop AEDPA One-Year Time Clock on April 23,

2007. Magistrate Judge Wm. F. Sanderson, Jr. found that the court lacked jurisdiction to consider

the motion because though the motion anticipates filing a petition of habeas corpus pursuant to 28

USC § 2254, no petition has yet been filed. The magistrate judge found *Rhines v. Weber*, 544 U.S.

269 (2005), distinguishable and determined that the court could not construe the motion as a habeas

petition. Because Miller has not filed a habeas petition, the magistrate judge concluded that there

is no case or controversy pending before the court.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions

of the magistrate judge, the court determines that the findings and conclusions are correct. The

magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court

therefore **denies without prejudice** Miller's Rhines-v.-Weber Motion to Stop AEDPA One-Year

Time Clock for lack of jurisdiction.

       **It is so ordered** this 27th day of September, 2007.

Sam A. Lindsay
United States District Judge